✓ FILED          ___ LODGED
___ RECEIVED    ___ COPY

SEP 19 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1   THOMAS STEWART, Jr.,
2   A.D.A. PERSON #184733
3   OUT OF CUSTODY PERSON.
4   POST OFFICE BOX 1201
5   PHOENIX, ARIZONA 85001-1201
6       COUNSEL, IN PROSE
7       FARETTA V. CALIFORNIA

8

9   UNITED STATES DISTRICT COURT
10     FOR THE DISTRICT OF ARIZONA
11

12   THOMAS STEWART, Jr.,        | NO. CV-22-00712-
13        Plaintiff,             | PHX-JAT-(DMF)
14                               | MOTION FOR AN
15                               | EXTENSION OF
16        VS                     | TIME. (90) DAYS, TO
17                               | FILE, HIS FIRST
18   STATE OF Arizona et al.,    | AMENDED COMPLAINT.
19        Defendants.            | FROM THIS COURT'S
20                               | ORDER, DEAD-LINE.
21

22   COME'S NOW The, "Plaintiff. THOMAS STEWART, Jr.,
23   ACCording to the Arizona Rules OF Court L.R. Civ.P.
24   6. Pursuant to this Court's ORDER on 7-13-2022.
25

26        By. Thomas Stewart, Jr.
27        THOMAS STEWART, Jr.,
28            COUNSEL.

1   <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

2

3   Thank you !

4   Your Honorable Court, <u>James A. Teilborg.</u>

5   Senior United States District <u>Judge.</u>

6

7   On 8-03-2022, Plaintiff <u>Stewart,</u> was

8   in so much <u>Pain, Legs, Back</u> overwhelming.

9   the day of Pure-Hell. Paying his monthly

10  Bills. everything went Haywired. that Bill

11  of … $258.44 Monthly. the 3rd, of each month.

12  never behind on payment. This Cost him. $360.00

13  more. $618.44 Total… + other bills. Some other

14  incidence, a guy wanting to Knock. him-out.

15  for no reason at all, finally, <u>arrived home.</u>

16  here come's even more, "<u>evil</u>" being allegedly

17  accused of some type of "<u>Sex-misconduct</u>"

18  <u>falsified E-mailed, [Three storie].</u> Never called

19  the [Police][lies] that are lack of, Cooperation.

20  <u>Can not releive Document's of him accusers'</u>

21  <u>set Forthwith Please, instruct the People that, Plaintiff,</u>

22  <u>wish to call, as Defendants'. by "Commanding them,</u>

23  <u>to disclose These People to Furnover, First, Last</u>

24  <u>Names. whom are "attempting to avoid Prosecution".</u>

25  <u>Plaintiff are making a "Contemporaneous objection"</u>

26  <u>to thereof, that, they are refusing to do."</u>  <u>Id.</u>

27

28                         -2-

1   Concerning the Homeless Population and why, we're
2   · · · being [Housed]. The Kicking the old Can
3   down the road; do nothen, status-Qua, Abusing
4   the money, giving to them, to decrease the
5   mountain of Homeless People. The People are
6   not being Placed in Housing accordingly.
7   wasting tax Paying money. $1 100.000, per-
8   month. for none Program assembled to Help
9   us maintain housing. instead of, training. Programs
10  for work, [Those] who desire to get off the
11  streets, and stay off. how Can the City Look to:
12  CBI, Cass, Human Services to do Something, when
13  They are trained to handly, Coordinato(s). [New Car(s)
14  etc.] INStead of helping their Clients. by
15  receiving Jobs', then Housing. they receive
16  the old, putting the Cart before, the house." Id.
17  [Sort-a Speak] e.g., a Set-up for failure,
18  Consequently, with no fault of our own. e.g.,
19
20  Plaintiff, or is, suffering "actual injury" by being
21  "frustrated" or "impeded" from the [ConSpiracy] Thereof.
22  The defendant(s) too be are engaging, combine
23  secretly in an evil or unlawful enterprise, Plot.
24  Defendant[s] Perpetrated [A] False misleading, Fruad,
25  Ambiguous Statements, against the plaintiff 08-03-22.
26  Id. on 08-03-22. e.g., to Prevent Prosecution.
27  To Answer, ... lies told by them Id. [A]gainst him.
28              - 3 -

1  To Answer for the Lie(s) egenerated [?]
2  "Invalid" [Fruad]. and refuse to Disclose.
3  The email sent Thereto, by them. and
4  the ellegde, so called victim[s]. Id.
5  "accused. Plaintiff," and all, First and Last
6  names of them. Futrue Defendant(s), /
7  other[s] A person stumping above me. refusing
8  to adhere to the Problem. Id.
9      on 08-31-22. I the Plaintiff Stewart, went
10  to staff who was the Supervisor, here at protect #
11  8. she, Just smiled, as if what, "I was telling her
12  was, if he had sh-t all over his face." the lady,
13  up over him, "was keeping him awake all night
14  by stumping." alone with numerous of other
15  occurences. Id. "inflicting Pain without [Penolo-
16  gical Justification]," Id.
17  _____
18      This place is like a [mental institution] e.g.,
19  we don't combine mental Defective People into
20  a programe of your everyday People. SSI, SSD and
21  SMI Programs of award Money. They the Mental-ill
22  People don't have the ability too understand and
23  appreciate the different between, right and wrong. Id.
24  "The Defendand [S] has Violated Plaintiff Stewart's
25  U.S. Constitutional Federal Civil Rights, that are
26  guaranteed." The Defendants Must Answer, to
27  these alligations.
28                    - 4 -

1    If thing doesn't change... Plaintiff will be,
2  applying for A (TRO) And a Preliminary In-
3  InJunction)
4
5    The Defendant (S) Violated The Plaintiff's
6  Federal civil Rights, that are garanteed By the
7  United States Constitutions, 6th, Eight and
8  Fourteenth Amendand.
9    Plaintiff Stewart, Jr., are attempting to set-
10  Froth a [Prima Facie Case] and the Defendant(S)
11  Should be [held accountable] for their, evil mis-
12  deed (S) accordingly.
13    "Cause" extraordinary Circumstances are
14  Showing good "Cause" granting an (Habeas Corpus)
15  "Ordering" these evil People, to turnover the First
16  and last Names of The Defendand (s) Plaintiff,
17  wish to Call, name as defendant(s) Id.
18  (Quotation marks Omitted Emphisis added)
19
20    Executed this 11th day of September 2022.
21
22        By Thomas Stewart, Jr.,
23        THOMAS STEWART, Jr.,
24        COUNSEL, in Pro Se
25
26  Stewart, is making "Contemporaneous Objection [S]"
27  to the lack Thereof, Continuation.
28                  - 5 -

1   Jane and Joe et al., Please "order" these [incompetent]
2   people, Common Sense at 1956 Id.

3   _____

4

5   CERTIFICATION IN COMPLIANCE WITH A.Z. R. of the
6   Court. L. R. Civ. P. 6.

7

8            CERTIFICATION OF SERVICE

9

10  Original + 1 Copy Delivered OF MOTION This 11th day
11  of September, 2022. to:

12

13  Clerk, In The united States District Court For the
14  District of Arizona.

15  Sandra Day O'Connor Court house, Suite 130
16  401 West Washington street SPC. 1.,
17  Phoenix, Arizona  85003 -2118

18

19    James A. Teilborg
20    Senior united States District Judge.
21    401 west Washington street SPC. 1.,
22    Phoenix, Arizona  85003 -   2118

23

24    Thomas Stewart, JR.
25     PO Box 1201
26    Phoenix, Arizona, 85001 -1201
27    A.D.A. Person. Counsel. IN Pro SE.

28



APPENDIX NO

Thomas C. Horne
Attorney General

Claudia Acosta Collings
Assistant Attorney General
177 N. Church Avenue, Suite 1105
Tucson, AZ 85701-1114
(520) 638-2800 • Fax (520) 628-6050
claudia.collings@azag.gov

Attorneys for State of Arizona

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| THOMAS STEWART, Jr., | No. 14-15664 |
| Plaintiff-Appellant, | D.C. No. CV 12-0719-PHX-SMM |
| v. | **Response to Appellant's "Amended Petition for a (TRO) and or a Preliminary Injunction Relief Reinstatement (Request)"** |
| CHARLES L. RYAN, et al., | |
| Defendants-Appellees. | |

Appellee Barcklay responds to Appellant Stewart's "Amended Petition for a (TRO) and or a Preliminary Injunction Relief [] Reinstatement (Request)." (Dkt. 20.) As more fully stated below, Barcklay opposes the motion because it is improper, Stewart appears to re-raise issues that he has raised in his oversized Opening Brief, he has not attempted to resolve his new issues through the administrative process, and he has not shown that he is entitled to the relief requested.

## REFERRAL

Long Le, MD

Family Medicine

**Desert View Pediatrics**

727 E BETHANY HOME RD STE A101, PHOENIX, AZ-85014-2192

Tel: 602-279-2400  Fax: 602-279-5890

THOMAS
STEWART
04/09/1951

---

Date:01/29/2019

### Patient Information:

Patient Name:          THOMAS STEWART
Patient DOB:           04/09/1951
Patient Insurance: Medicare of Arizona
Patient Subscriber
No:                    211406317A
Patient Address:   1412 W VOGEL AVE, PHOENIX, AZ 85021
Patient Phone:       480-589-8135
Patient Work
Phone:
Patient Cell
Phone:

### Insurance Information

Insurance Name:  Medicare of Arizona
Subscriber Name: STEWART, THOMAS
Subscriber DOB:  04/09/1951
Subscriber No:    211406317A
Subscriber Group
No:
Subscriber
Address:              1412 W VOGEL AVE, PHOENIX, AZ 85021
Subscriber Phone: 480-589-8135

### Secondary Insurance Information

Insurance Name:   Steward Health Choice of Arizona
Subscriber Name: STEWART, THOMAS
Subscriber DOB:  04/09/1951
Subscriber No:    a05380001
Subscriber Group
No:
Subscriber
Address:              1412 W VOGEL AVE, PHOENIX, AZ 85021

Subscriber Phone: 480-589-8135

**Referral From Information:**

Provider Name:       Long Le, MD
Provider ID
Number:
Provider UPIN:       Z175707
Provider NPI:        1336451525
Provider Facility:   Desert View Pediatrics
Provider
Speciality:          Family Medicine
Address1:            727 E BETHANY HOME RD
Address2:            STE A101
City, State, Zip:    PHOENIX, AZ, 85014-2192
Phone:               602-279-2400
Fax:                 602-279-5890

**Referral To Information:**

Provider Name:       Chaing Sepein
Provider ID
Number:
Provider UPIN:
Provider NPI:        1154491710
Provider Facility:
Provider
Speciality:          Orthopedic Surgery
Address1:            18444 N. 25th Ave
Address2:            Suite 210
City, State, Zip:    PHoenix, AZ, 85023
Phone:               1-866-974-2673
Appt. Date/Time:

Fax:                 1-877-645-8361                           Facility Tax ID
                                                              Number:

**REFERRAL**

Long Le, MD

Family Medicine

**Desert View Pediatrics**

727 E BETHANY HOME RD STE A101, PHOENIX, AZ-85014-2192

Tel: 602-279-2400  Fax: 602-279-5890

THOMAS
STEWART
04/09/1951

---

**Reason For Referral:**

**Authorization No:**                    **Authorization Type:**

Reason:

Diagnosis:      M25.569 - Knee pain, unspecified chronicity, unspecified laterality

E/M Codes:

Procedures:

Visits Allowed:99

Unit Type:      V (VISIT)

Start Date:      01/29/2019

End Date:      01/29/2020

**Notes:**

**Clinical Notes:**

**Structured Data:**

Provider NPI:1336451525

Electronically signed by Le, Long, MD on 01/29/2019 at 12:11 PM MST

# Attachments



**STEWART, THOMAS**
67 Y old Male, DOB: 04/09/1951
Account Number: 12605
1412 W VOGEL AVE, PHOENIX, AZ-85021
Home: 480-589-8135
Guarantor: STEWART, THOMAS
Insurance: Medicare of Arizona Payer ID: 00832
PCP: Tan N Vu   Referring: Tan N Vu
Appointment Facility: Desert View Pediatrics

01/29/2019                                                    SD:  Long Le, MD

**Current Medications Taking**
• Tessalon Perles 100 MG Capsule 1 capsule as needed Orally Three times a day prn
• Lisinopril 40 MG Tablet 1 tablet Orally Once a day
• Ibuprofen 800 MG Tablet 1 tablet with food or milk as needed Orally Three times a day, stop date 02/12/2019
• Tramadol HCl 50 MG Tablet 1 tablet as needed Orally TID
• Naprosyn 500 MG Tablet 1 tablet with food or milk as needed Orally every 12 hrs, stop date 02/06/2019
• Synthroid 25 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
• Medication List reviewed and reconciled with the patient

Past Medical History
     Hypertension.
     Degenerative Disc.
**Surgical History**
Stomach

**Reason for Appointment**
1. Right knee pain, lab result
**History of Present Illness**
Office Visit:
     Patient is here for f/u, c/o right knee pain.

Vital Signs
Temp 98.7 F, HR 88 /min, BP 171/81 mm Hg,**repeat:121/70**, Wt 179 lbs, BMI 23.29 Index, Ht 73.5 in, RR 18 /min, Oxygen sat % 98 %, Ht-cm 186.69 cm, Wt-kg 81.19 kg.

**Examination**
General Examination:
     GENERAL APPEARANCE: well developed, well nourished, in no acute distress.
     HEENT normocephalic, atraumatic, pupils equal, round, reactive to light and accommodation, sclera non icteric, ears normal, throat clear.
     ORAL CAVITY: mucosa moist.
     NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
     HEART: regular rate and rhythm, S1, S2 normal, no murmurs.
     LUNGS: clear to auscultation bilaterally.
     ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal.
     EXTREMITIES: no clubbing, cyanosis, or edema.
     NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.
     SKIN: warm and dry, no suspicious lesions.
**Assessments**

Patient: STEWART, THOMAS    DOB: 04/09/1951    Progress Note: Long Le, MD    01/29/2019
Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)

**Family History**
Father: alive, diagnosed with Unspecified heart disease
Mother: deceased, Other malignant neoplasm of unspecified site

**Social History**
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker.

**Allergies**
Ibuprofen

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
General/Constitutional:
     Change in appetite denies, denies.  Chills denies, denies.
Fever denies, denies.
Ophthalmologic:
     Blurred vision denies, denies.
Discharge denies, denies.  Eye Pain denies, denies.
ENT:
     Decreased hearing denies, denies.  Sore throat denies, denies.
Swollen glands denies, denies.
Endocrine:
     Cold intolerance denies, denies.  Excessive thirst denies, denies.  Heat intolerance denies, denies.  Weight loss denies, denies.

Respiratory:
     Cough denies, denies.
Shortness of breath at rest denies, denies.  Shortness of breath with exertion denies, denies.
Wheezing denies, denies.
Cardiovascular:
     Chest pain at rest denies, denies.  Chest pain with

1. HTN (hypertension), benign - I10 (Primary)
2. Hypothyroidism, unspecified - E03.9
3. Localized osteoarthritis of knees, bilateral - M17.0
4. Knee pain, unspecified chronicity, unspecified laterality - M25.569

**Treatment**
**1. Hypothyroidism, unspecified**
Increase Synthroid Tablet, 50 MCG, 1 tablet on an empty stomach in the morning, Orally, Once a day, 90 days, 90, Refills 0
Notes:
rf synthroid 25.

**2. Localized osteoarthritis of knees, bilateral**
Refill Naprosyn Tablet, 500 MG, 1 tablet with food or milk as needed, Orally, every 12 hrs, 90 days, 180 Tablet, Refills 1

**3. Knee pain, unspecified chronicity, unspecified laterality**
Refill Tramadol HCl Tablet, 50 MG, 1 tablet, Orally, nightly as needed for pain, 30 days, 30, Refills 0
Start Gabapentin Capsule, 300 MG, 1 capsule, Orally, every 8 hours, 90 days, 270 Capsule, Refills 1
Referral To:Chaing Sepein    Orthopedic Surgery
          Reason:

Electronically signed by Long Le , MD on 01/29/2019 at 12:11 PM MST

Sign off status: Pending

---

Patient: STEWART, THOMAS    DOB: 04/09/1951    Progress Note: Long Le, MD    01/29/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

exertion denies, denies.  Irregular
heartbeat denies, denies.  Shortness
of breath denies, denies.
Gastrointestinal:
    Abdominal pain denies,
denies.  Diarrhea denies, denies.
Nausea denies, denies.
Vomiting denies , denies .
Genitourinary:
    Blood in urine denies, denies.
Difficulty urinating denies, denies.
Frequent urination denies, denies.

Musculoskeletal:
    Painful joints denies, denies.
Weakness denies, denies.
Skin:
    Dry skin denies, denies.
Itching denies, denies.  Rash denies,
denies.
Neurologic:
    Dizziness denies, denies.
Fainting denies, denies.
Headache denies, denies.

Desert View Pediatrics
727 E BETHANY HOME RD
STE A101
PHOENIX, AZ 85014-2192
Tel: 602-279-2400
Fax: 602-279-5890

Patient: STEWART, THOMAS    DOB: 04/09/1951    Progress Note: Long Le, MD    01/29/2019

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**STEWART, THOMAS**
1412 W VOGEL AVE, PHOENIX, AZ
85021

**DOB:** 04/09/1951   **Age:** 67 Y   **Sex:**
Male

**Home:** 480-589-8135
**Work:**
**Cell:**
**Email:**

**Primary Insurance:**   Medicare of Arizona
**PCP:**  Tan N Vu
**Account Number:**   12605

**Allergies :**   Ibuprofen

Medical History

Active Problem List

| Code | Name | Specify | Notes Added On | Modified On | Modified By |
|------|------|---------|----------------|-------------|-------------|
| I10 | HTN (hypertension), benign | | 08/24/2018 | 01/07/2019 | Merritt, Brock |
| E03.9 | Hypothyroidism, unspecified | | 09/12/2018 | 01/07/2019 | Merritt, Brock |
| I73.9 | Claudication | | 10/12/2018 | 10/12/2018 | Cuervo, Edgar |
| E04.1 | Thyroid nodule | | 10/29/2018 | 10/29/2018 | Vu, Tan N |
| K21.9 | Gastro-esophageal reflux disease without esophagitis | | 12/05/2018 | 12/05/2018 | Le, Long |

Past Medical History

Hypertension

Degenerative Disc

Medications

Name strength formulation, Sig: take route frequency

Taking Ibuprofen 800 MG Tablet, Sig: 1 tablet with food or milk as needed Orally Three times a day
Start Date: 11/14/2018 Stop Date: 02/12/2019

Taking Lisinopril 40 MG Tablet, Sig: 1 tablet Orally Once a day Start Date: 08/24/2018

Taking Tessalon Perles 100 MG Capsule, Sig: 1 capsule as needed Orally Three times a day prn Start
Date: 01/10/2019

Start Gabapentin 300 MG Capsule, Sig: 1 capsule Orally every 8 hours Start Date: 01/29/2019

Refill Tramadol HCl 50 MG Tablet, Sig: 1 tablet Orally nightly as needed for pain Stop Date:
02/28/2019

Refill Naprosyn 500 MG Tablet, Sig: 1 tablet with food or milk as needed Orally every 12 hrs Stop
Date: 07/28/2019

Increase Synthroid 50 MCG Tablet, Sig: 1 tablet on an empty stomach in the morning Orally Once a
day

Surgical History

Date                    Reason

Stomach

## Social History

| Name | Value |
|------|-------|
| Do you drink alcohol? | No |
| Tobacco Use/Smoking | Are you a: nonsmoker |

## Family History

Relation : Description

Father: alive, diagnosed with Unspecified heart disease

Mother: deceased, Other malignant neoplasm of unspecified site

## Immunizations

| Name | Date | Dosage |
|------|------|--------|
| Flu 3yo and up | 2018-10-29 | 0.5 mL |

## Therapeutic Injections

| Name | Date | Dosage |
|------|------|--------|
| Ketorolac 30 mg | 2018-10-12 | 1 mL |
| Major Joint Inj (Pending) | 2019-01-07 | |
| Major Joint Inj | 2019-01-07 | |

## Vitals

| Name | Date | Value |
|------|------|-------|
| Temp | 01/29/2019 | 98.7 |
| BP | 01/29/2019 | 171/81,repeat:121/70 |
| HR | 01/29/2019 | 88 |
| RR | 01/29/2019 | 18 |
| Ht | 01/29/2019 | 73.5 |
| Wt | 01/29/2019 | 179 |
| BMI | 01/29/2019 | 23.29 |
| Oxygen sat % | 01/29/2019 | 98 |
| Ht-cm | 01/29/2019 | 186.69 |
| Wt-kg | 01/29/2019 | 81.19 |

## Patient Encounters

| Date | Visit | Reason | Diagnosis |
|------|-------|--------|-----------|
| 01/30/2019 | F/U | F/U | |
| 01/29/2019 | SD | | Hypothyroidism, unspecified |
| | | | HTN (hypertension), benign |
| | | | Localized osteoarthritis of knees, bilateral |
| | | | Knee pain, unspecified chronicity, unspecified laterality |
| 01/16/2019 | F/U | TSH | Hypothyroidism, unspecified |
| 01/10/2019 | F/U | cough | Cough in adult |

| | | | |
|---|---|---|---|
| 01/07/2019 SD | | med refill and knee pain | HTN (hypertension), benign |
| | | | Hypothyroidism, unspecified |
| | | | Localized osteoarthritis of knees, bilateral |
| | | | Knee pain, unspecified chronicity, unspecified laterality |
| 01/04/2019 TEL | | Medicare name issue | |
| 12/05/2018 F/U | | CHECK EAR, BT | Gastro-esophageal reflux disease without esophagitis |
| | | | Hypothyroidism, unspecified |
| | | | Dysuria |
| | | | Abnormal finding in urine |
| | | | Exposure to communicable disease |
| | | | Contact with and (suspected) exposure to other communicable diseases |
| 11/26/2018 F/U | | lab results | Abnormal results of thyroid function studies |
| | | | HTN (hypertension), benign |
| | | | Hypothyroidism, unspecified |
| | | | Knee pain, unspecified chronicity, unspecified laterality |
| | | | Cough |
| | | | Former smoker |
| 11/21/2018 F/U | | | |
| 11/14/2018 F/U | | REPEAT TSH | Hypothyroidism, unspecified |
| | | | Knee pain, unspecified chronicity, unspecified laterality |
| 10/29/2018 F/U | | US RESULT, flu shot | Hypothyroidism, unspecified |
| | | | Thyroid nodule |
| | | | HTN (hypertension), benign |
| | | | Encounter for vaccination |
| 10/15/2018 Ultrasound | | Thy | Hypothyroidism, unspecified |
| | | | Thyroid nodule |
| 10/12/2018 F/U | | tsh. | Vision disturbance |
| | | | Hypothyroidism, unspecified |
| | | | Claudication |
| | | | Abdominal bruit |
| | | | HTN (hypertension), benign |
| | | | Knee pain, unspecified chronicity, unspecified laterality |
| 09/12/2018 F/U | | US RESULT LAB | HTN (hypertension), benign |

|  |  | RESULT coming late due to bus transportation | Knee pain, unspecified chronicity, unspecified laterality |
|  |  |  | Abnormal electrocardiogram |
|  |  |  | Hypothyroidism, unspecified |
| 08/27/2018 | ImmPVT | blood darw | Knee pain, unspecified chronicity, unspecified laterality |
|  |  |  | HTN (hypertension), benign |
| 08/27/2018 | Ultrasound | us kidney | HTN (hypertension), benign |
|  |  |  | Abdominal bruit |
| 08/24/2018 | NP | F/U HOSP | Encounter for routine adult physical exam with abnormal findings |
|  |  |  | HTN (hypertension), benign |
|  |  |  | Knee pain, unspecified chronicity, unspecified laterality |
|  |  |  | Abnormal electrocardiogram |

## Health Maintenance

| Name | Last Done | DueDate | Result/Comment |
|------|-----------|---------|----------------|
| Colonoscopy | | 01/29/2019 | |
| DO NOT USE - Pneumococcal polysaccharide PPV23 | | 01/29/2019 | |
| Occult Blood, Fecal, IA | | 01/29/2019 | |
| Shingrix | | 01/29/2019 | |

## Referrals

### Outgoing Referrals

| Referral From | Referral To | Start Date | End Date | Reason |
|---------------|-------------|------------|----------|--------|
| Long Le | Chaing Sepein | 01/29/2019 | 01/29/2020 | |
| Tan N Vu | Cardiovascular Consultants | 08/24/2018 | 08/24/2019 | Eval/Tx |
| Tan N Vu | Chaing Sepein | 08/24/2018 | 08/24/2019 | Eval/Tx |





# Payment Due

Thomas, here are your payments due as of 08/03/2022.

## TOTAL DUE NOW: $0.00

Your Account Details

Thomas Stewart Jr.

| Account Number | Phone | Email | Address |
|---|---|---|---|
| 50727223 | (480) 589-8135 | | PO Box 1201 |
| | | | Phoenix, AZ 85001 |

## Balance Due Details

**SPACE NUMBER: 0078**

1808 W Camelback Rd
Phoenix, AZ 85015
(602) 726-3292

| | PAST DUE/DUE NOW | DUE NEXT |
|---|---|---|
| | | 09/01/2022 |
| Rent | $0.00 | $140.00 |
| Rent Tax | $0.00 | $4.06 |
| Insurance | $0.00 | $15.00 |
| Sub Total | $0.00 | $159.06 |
| **0078 Total** | **$0.00** | **$159.06** |

**SPACE NUMBER: 2126**

1808 W Camelback Rd
Phoenix, AZ 85015
(602) 726-3292

| | PAST DUE/DUE NOW | DUE NEXT |
|---|---|---|
| | | 09/01/2022 |
| Rent | $0.00 | $82.00 |
| Rent Tax | $0.00 | $2.38 |
| Insurance | $0.00 | $15.00 |
| Sub Total | $0.00 | $99.38 |
| **2126 Total** | **$0.00** | **$99.38** |

## TOTAL DUE NOW: $0.00

Glad to have you with us,

*Milo Lopez*

**Your Public Storage Team**

The information contained in this message is confidential and intended only for the recipient to which it was given. ©2022 Public Storage. All rights reserved.



**08202 - CAMELBACK & 19TH AVE**
1808 W Camelback Rd, Phoenix, AZ 85015-3326 (1-602-726-3292)

Milo Lopez

| Back To Dashboard | **Confirm Customer's Identity and Contact Information** |
| --- | --- |
| | Name, Last Digits of Customer's ID, Primary Phone Number and/or Address |

# Thomas Stewart Jr.
Individual

Important Inform

No Checks
Need New:

| | Total Due Now | Next Payment Due (09/01/2022) | Make Payment |
| --- | --- | --- | --- |
| **Balance For 2 Spaces** | **$0.00** | **$258.44** | |
| | Paid thru 08/31/2022 | | View Details |
| | | | Manage AutoPay |

Create Note    Quick

| Customer Info | Space Details | **Account Activities** | Documents |
| --- | --- | --- | --- |

○ Last 20 Activities   ○ View All Activities   ○ View All Notes

| Date | Activity | Space | Description | |
| --- | --- | --- | --- | --- |
| 08/03/2022 | Financial | 0078 | Payment (Cash) | -$159 |

Recorded by M. Lopez
Payment taken at **08202**

| Transaction Type | Amount | GL Balance |
| --- | --- | --- |
| Insurance: | -$15.00 | $0.00 |
| Rent: | -$140.00 | $0.00 |
| Rent Tax: | -$4.06 | $0.00 |

| Date | Activity | Space | Description | |
| --- | --- | --- | --- | --- |
| 08/03/2022 | Financial | 1069 | Payment (Cash) | -$360 |
| 08/03/2022 | Financial | 2126 | Payment (Cash) | -$99 |
| 08/03/2022 | Text Message | 2126 | DTM Communication - Courtesy | |
| 08/03/2022 | Text Message | 0078 | DTM Communication - Courtesy | |
| 08/01/2022 | Financial | 2126 | Monthly | $99 |
| 08/01/2022 | Financial | 0078 | Monthly | $159 |
| 07/01/2022 | Financial | 0078 | Payment (Cash) | -$159 |
| 07/01/2022 | Financial | 2126 | Payment (Cash) | -$99 |
| 07/01/2022 | Financial | 2126 | Monthly | $99 |
| 07/01/2022 | Financial | 0078 | Monthly | $159 |
| 06/03/2022 | Financial | 0078 | Payment (Cash) | -$159 |
| 06/03/2022 | Financial | 2126 | Payment (Cash) | -$99 |
| 06/03/2022 | Text Message | 2126 | DTM Communication - Courtesy | |
| 06/03/2022 | Text Message | 0078 | DTM Communication - Courtesy | |
| 06/01/2022 | Financial | 2126 | Monthly | $99 |
| 06/01/2022 | Financial | 0078 | Monthly | $159 |



# Your Payment Receipt

1808 W Camelback Rd, Phoenix, AZ, 85015, (602) 726-3292

Receipt #: 1057901387
07/01/2022 2:04:42 PM

Thank you for using Public Storage! This confirms your payment of **$258.44** on 07/01/2022 by **Cash**.

## Your Account Details

Thomas Stewart Jr.

| Account Number | Phone | Email | Address |
|---|---|---|---|
| 50727223 | (480) 589-8135 | | PO Box 1201 Phoenix, AZ 85001 |

## Storage Payment Details

**Location Address:** 1808 W Camelback Rd, Phoenix, AZ, 85015, (602) 726-3292

| Space Number: 0078 | Payment Received | Past Due/Due Now | Due Next 08/01/2022 |
|---|---|---|---|
| Rent | $140.00 | $0.00 | $140.00 |
| Rent Tax | $4.06 | $0.00 | $4.06 |
| Insurance | $15.00 | $0.00 | $15.00 |
| **Total** | **$159.06** | **$0.00** | **$159.06** |

**Location Address:** 1808 W Camelback Rd, Phoenix, AZ, 85015, (602) 726-3292

| Space Number: 2126 | Payment Received | Past Due/Due Now | Due Next 08/01/2022 |
|---|---|---|---|
| Rent | $82.00 | $0.00 | $82.00 |
| Rent Tax | $2.38 | $0.00 | $2.38 |
| Insurance | $15.00 | $0.00 | $15.00 |
| **Total** | **$99.38** | **$0.00** | **$99.38** |

## Payment Method Details

| | Amount |
|---|---|
| Cash | $258.44 |
| **Total** | **$258.44** |

PLEASE SIGN HERE

07/01/2022
DATE

The information contained in this message is confidential and intended only for the recipient to which it was given. ©2017 Public Storage. All rights reserved.

 # ACTION PLAN

## Identifications



**State ID and Birth Certificate**

- Homeless I.D. Project is in the Welcome Center. Names are taken 7:30 AM to 10AM Monday through Friday. Arrive early because they can only see a limited number of people daily.

**Social Security Card**

- The Social Security office is located at 250 N. 7th Avenue, Suite 100 (7th Avenue and Van Buren). You need a valid State ID.

## Food Stamps and HealthCare



- Apply for SNAP (food stamps) and AHCCCS (health Insurance) at the LDRC front desk Tue, Wed, or Fri (Sign-up 7:30-8:30am) OR at the DES office at 2455 S. 7th St., Phoenix, AZ 85034 (open 8am-5pm).

- To see a doctor, visit Circle the City weekdays 8:00-11:30am and 12:30-5:00pm, or at the LDRC Saturday and Sunday 8am-6pm.

## Find Employment/Increase Income



**St. Joseph the Worker**

- Inside the LDRC. Show up for an info session Mon-Thur at 10 AM. *You must have a valid state ID*

**IF UNABLE TO WORK**

- Apply for SSI/SSDI by calling Social Security at 1-800-772-1213.



_____
_____
_____
_____
_____

## Look for Housing!



Ask for a list of affordable apartments at the Welcome Center or LDRC front desk.

*Questions?  Ask at the Welcome Center or LDRC front desk*

# Guide to Basic Services

FILED ___ LODGED
RECEIVED ___ COPY
CS intake
SEP 1 9 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ KJ DEPUTY

## Meals



### Time/Locations

| Breakfast | Lunch | Dinner |
|---|---|---|
| **Every Day:** 7-8am @ St. Vincent de Paul | **Every Day:** 11am-12:30pm @ St. Vincent de Paul | **Sat-Thur:** 5:30-6:00pm @ Andre House |
| **Sat:** 7:30-8:30am @ Andre House | | **Friday:** 4-5pm @ St. Vincent de Paul |
| **Sun:** 7-8am @ Andre House | | |

## Showers



**Mon-Thur:** 1pm @ Andre House
**Sat:** 1pm @ Andre House
**Mon-Fri:** 9:30am- 2:00pm @ St Vincent de Paul- 420 West Watkins

## Clothing

**Mon, Wed, Thur:** 10am @ Andre House
**Sat:** 1pm @ Andre House
**Mon-Fri:** 9am- 2:15pm @ St Vincent de Paul- 420 West Watkins



## Store Your Bags

**Every Day:** 6-9 AM, 5-8 PM @ 12th Ave and Madison (Next to the Brian Garcia Welcome Center).If you are staying at CASS, you will store your bags there.

## Laundry

**Mon, Tues, Thurs:** 10 AM @ Andre House (first 10 people)
**Sat:** 12:50 PM @ Andre House (first 5 people)

## Shelter Options

**CASS -** Go to the Welcome Center between 730-11 AM, or 1230-5 PM. They will see if any beds are available and if so call CASS to assign a bed. If you have stayed at CASS previously, you may need to line up outside of the front of CASS at 2 PM to try to get back in.

**HALLE CENTER -** To see if they have available beds call 602-362-5833 (females only).

**OTHER SHELTERS -** For a full list of shelters in the Valley, please ask staff at the LDRC front desk, the Welcome Center, or call 211 and press 1.

## Mail



**Post Office Hours:**
Mon-Fri: 8-11 AM, 1-3 PM

**Mailing Address:**
232 S. 12th Avenue Phoenix, AZ 85007

## Phones



**Mon-Thur:** 10 AM-12 PM, 1-3 PM @ Andre House
**Sat and Sun:** 1-3 PM @ Andre House