# DECLARATION OF THOMAS STEWART UNDER THE PENALTY OF PERJURY

| | |
|---|---|
| THOMAS STEWART, JR., Plaintiff, vs. STATE OF ARIZONA et al. DEFENDAND(S) | NO CV-22-00712-PHX-JAT (DMF) SS ~~PHX-JAT~~ DECLARATION UNDER THE PENALTY OF PERJURY U.S.C. 28 § 1746 |

1. I, Thomas Stewart, Jr., Plaintiff, by This Sworn Declaration, Certificate, Statements made by the Defendants. On about the day. 03-12-2021. by the Maricopa County Attorney's office in the Phoenix Municipal Court, Phoenix Id.

2. Hereby, being first duly sworn, depose and say I, declare under the penalty of perjury. the following is true to the best of my understanding as follows:

3. On 03/12/21. Courtroom 604. Complaint # 100454627 AUDIO CD. Phoenix Municipal Court Date Received 09-__-22 1-of-1 Id.

1

1  4. When Plaintiff, got home he listen to
2  the C.D. realizing the CD had been "alter."
3
4  5. I. Plaintiff, appeared infront of the Judge.
5  over the Case she, in the interest or Prejudice.
6  There were a Conflicts of interest Rules of
7  "Professional Conduct."
8
9  6. A second Judge tookover, on the Records Id.
10  when the reading of the Charges, "Plaintiff" he
11  never hurd, Such outlandish Allegations," defense
12  Counsel Stated, "yes Fruad," Plaintiff stated, "here we
13  go again," the Judge said, "what does he mean about that,"
14
15  7. Well, The State, the Jury, found him guilty, with NO,
16  evidence, but "Two hairs" found, had, NO DNA, NO
17  "hair Roots," the State, cident test it, Jury found him
18  guilty second – degree murder, served 16 years'
19  Flat... etc,... and that is where, The Records
20  Reflect's, that case of 2002, came in !!!
21
22  8. The State's Statement, Open that door Plaintiff"
23  are making A Contemporaneous Objection, to
24  all the State's, County Attorney[S] "Prevasive,"
25  "Prosecutory misconduct" Repeatedly throughout,
26  ... the ... pass, "Prevasive Misconduct. Id.,
27  Marella v. Terhune, 568 F.3d 1024, 1027 (9th Cir 2009);
28  ; Brown, 422 F.3d at - 2 - 935.

9. Therefore, Plaintiff, will be calling up on: The Judge, Prosecutor, and defense-Attorney. by way of Court order, they must Answer, to these alligations. set forth, with: The Record must, Stand, as a matter of The Rule of Law Id Objections.

10. It was, asked, and Answerd. Your Honor. and must "Not" be Altar", must be Honored, must Correct the "miscarriage of Justice", on "it's face." "No one is Above the Law."!

11. Plaintiff "Pray" that this Court, be "a beacon," in the machinery of Justice."

12. Their Conduct, is of Sufficient Constitutional magnitude the error(s). Plaintiff are Showing extraordinary circumstances good cause. "Ordering" the pre-Defendant(s) to Product, their First and Last name(s) Id. From their "wrong doing" eg., pure evil. Id.

Executed on 09-13-22.

Executed within The United States, I Declare under the Penalty of Perjury that the foregoing is true and Correct.  -3-

13. Executed this (Date) 09-13-22, U.S.C. 28 1746

By: _Thomas Stewart, Jr.,_
  Thomas STEWART, Jr.,
  Counsel, Pro se
  SELF-REPRESENTATION

The Original _CD, back to the Court Reporter's tape._ as to what was said, in open court or _SUBPOENAS_, the _Prosecutor, Defense Attorney,_ and the _Judge_, The CD is of "Fraud"

[_Citation, Quotations marks Omitted. Id._
  _And Emphisis added_]

Judicial expirence and common sense at 1950. Id., Should have known better. Id.,

"Cause" of the, said, "the Deprivation Clause."

eg.,
If they didn't know, now they know. I am in "Limbo," awaiting to move into my Apartment. First time, in over, 20 year[s] Id. So that, I can Start, with my Life, thank you.
"God" bless.

-4-

