Thomas Stewart, Jr.,
_____
Name and Prisoner/Booking Number

N/A
_____
Place of Confinement

Post Office Box 1201
_____
Mailing Address

Phoenix, AZ 85001-1201
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
  ✓ ┌────────────────────────────────┐
    │ ✓  FILED        ___ LODGED     │
    │ ___ RECEIVED    ___ COPY       │
    │                                │
    │       DEC 2 9 2022             │
    │                                │
    │   CLERK U S DISTRICT COURT     │
    │   DISTRICT OF ARIZONA          │
    │ BY_____ DEPUTY      │
    └────────────────────────────────┘
```

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Thomas Stewart, Jr.,
_____
(Full Name of Plaintiff)

                    Plaintiff,

v.

(1) Maricopa County, "etal.,"
_____
(Full Name of Defendant)

(2) Shell Ryan, D.# 09838, etal.,"

(3) Irene Hillard, "etal.,"

(4) Jere Jackson "etal.,"

                    Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO 2:22-CV-00712-JAT-DMF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☐ Original Complaint
■ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
     ☑ Other: *Monell v. Dept. of Social services of the City of New York, 436 U.S 659 (1978)*

2.   Institution/city where violation occurred: ("Norse Prison") "Monell Claim"

**550/555**

1  (5). J. ("Reyes) 06375
2  (6). PHX Oasis Re-entry Service, Anthony ("Pfeffer,")
3  etal.,
4  (7). ("The Canyon Apartment(s) etal.,
5  (8). Maricopa County's Phoenix, Homeless Shelter ["PASS]
6  ("Lisa Clark) Counsel Cristine ("Gardiyer) Human Campus
7  Service(s) ("Jane Doe") and ("Jane Doe") ("CBI) etal. etc.
8  "Project"& etal., The City of Phoenix, Maricopa County.
9  "under The umbrella of Maricopa County."
10  (9) ("Vernon Lorenz) ("Defense Attorney) Contract.
11  (10). ("ADOT") Arizona's Motor Vehicle Div.
12  (11). ("DMV.") Pennsylvania King of Prussa "PA."
13  (12) ("Tanner Terrace Apartments") etal.,"
14  (13). Just-A-Center, Rudy & Wendy  etal.,
15  (14). Maricopa County Victim Service Division etal.,
16  (Collectively "Defendant's) as follows:

17

18                  THE PARTIES

19

20      Plaintiff, Thomas Stewart, Jr., is an individual
21  who Currently resides in Phoenix, Arizona
22  as A Resident, herein. released from incar-
23  cerated in the Arizona Dept. of corrections.
24  at Buckeye, Arizona Lewis Complex. "etc."
25      at all times relevant thereto,
26  Plaintiff was held as an inmate at the
27  Arizona Department of Corrections.
28                  "1-A,"

1  Florence, Eyman Meadows unit Complex.
2  ("Plaintiff) has underwent "Pure Hell."
3  After serving 16 "Flat years." 2018-2022.
4  No Place to live. Just now, received an Apart-
5  ment.

6

7                THE PARTIES

8

9      1. Maricopa County Attorney's office Jeff A.
10 "Hall." Assistant County Attorney's office (Prosecutor)
11 Defendant "Hall" etal, is an individual who, on
12 belief, resides in The surroundings area of
13 Phoenix, AZ. at all relevant times, Hall was
14 employed by the Arizona Assistant County
15 Attorney's office as A Prosecutor.

16

17     2. Defendant, Shell "Ryan D." is an individual
18 who, on belief, resides in the surroundings area
19 of Phoenix, Arizona, at all relevant times,
20 Hall, was employed by the City of Phoenix,
21 Police Department. etal, City of Phoenix.

22

23     3. Defendant, Irene "Hilland," etal., "Hilland"
24 is an individual who, on belief, resides  in
25 Phoenix, Arizona at all relevant times. "etal.,

26

27

28               "1-B."

1    4. Defendant, Jere Jackson "Doe" is as

2   individual who, on belief, resides in the

3   surroundings erea of Phoenix, Arizona at all

4   relevant times. "etal,"

5

6    5. Defendant, I. Reyes #66375. is an

7   individual who, on belief, resides in the surround-

8   ing erea of Phoenix, Arizona, at all relevant times.

9   Reyes was employed by State Police Department.

10

11    6. Defendant, Anthony Pfeffer etal., is an

12   individual who, on belief, resides in the

13   surroundings erea of Phoenix, Arizona, Pfeffer

14   at all times relevant. The owne, etal.,

15

16    7. Defendant, The Canyon Apartments" etal.,

17   is an individual who, on belief resides in Phoenix

18   Arizona, surrounding erea

19    8. Defendant, Maricopa County Phoenix, Homeless

20   shelter "Cass," Lisa Blow, "Glow" owner, etal.,

21   Director thereof, Homeless, Human Service campus,

22   Cristine "Gardizer, Jane Doe, "John Doe" Counsels

23   Project(s). Phoenix, Arizona, Maricopa County,

24   etal., Defendant(s), embrella of Maricopa County.

25    (9). Defendant() Vernon "Lorence" is an

26   individual who, on belief, Resides in The

27   Surrounding erea of Phoenix, Arizona.

28                    "1-C,"

1   (Continue) at all relevant times Lorenz was
2   employed by the Maricopa County, as a Contract
3   Lawyer.
4

5       10. Defendant ("ADOT") Arizona Department
6   of Transpotation, Arizona Department of Motor
7   Vehicle, Div. (ADot) is an individual who,
8   on belief, resides in the surrounding area of
9   Phoenix, Arizona, who works for the state of Arizona.
10

11      11. Defendant(s) ("D.M.V.) Pennsylvania, King of
12  Prussa, PA. (Pennsylvania) & Arizona,
13  Combind, etal., is the individual who, Currently
14  resides in Arizona, and Pennsylvania, etal.,
15  on belief, in these surrounding area(s)
16  who work's for these state(s) Id.
17

18      12. Defendant(S)("Tanner Terrace Apartments)
19      etal, ("Tanner Terrace Apartment(s)") is the
20  individuals who, on belief, resides in
21  the surrounding area of Phoenix, Arizona, who
22  work's for the apartment(s).
23

24      13. Defendants Just-A-Center Rudy Doe,
25  and Wendy Doe, etal. ("Just-A-Center")
26  Rudy Doe and wendy Doe etal, is the
27  individuals who, on belief,
28                      "1-D"

1  Resides in The Surrounding erea of Phoenix
2  Arizona,
3
4      14. Maricopa County victim service
5  Division, etal. ("maricopa county victim
6  service Phoenix, A 2.") etal., is "the individual's"
7  who, on belief, resides in the surrounding erea
8  of Phoenix, Arizona, and works for the Phoenix
9  Maricopa County victim service, etar.,
10  Defendant(S)"    ("Collectively Defendant[S].

11
12
13      JURISDICTION AND VENUE
14
15      15. This court has jurisdiction Pursuant
16  to 28 U.S.C. § 1331 (federal question)
17  as it involves a cause of action arising
18  from violations by federal officers of Constitution-
19  ally Protected interests. See Bivens v. Six unknown
20  Named Agents of Fed. Bureau of Narcotics.
21  403. U.S. 388 (1971). " Mollell Claim "
22  This court has, also has Jurisdiction,
23  Pursuant to 28. U.S.C. § 1343. and 42. U.S.C.
24  § 1983,
25
26      16. Venue is Proper in this Court.
27  Pursuant to 28 U.S.C., § 1391.
28              " 1-E,"

1   in that the Defendants reside in this
2   Judicial district or have made substantial
3   contacts with this district, and a substantial
4   Part of the events giving rise to the claim
5   occured in this district. Pursuant to 29 U.S.C. §
6   706 (7)(B).; 42 U.S.C. §12101 et seq; 42 U.S.C. § 12132.
7        FACTS COMMON TO ALL COUNTS
8
9        16. Plaintiff suffers from a medical condition
10  known as, Spinal stenosis disc degeneration and
11  bulging in L2,3,L3,4,L4,5,L5,S1. A risk, ben-
12  efit analysis has not shown any other likely
13  successful treatment modalities. for over 19 years,
14  now Plaintiff Stewart has worn a back brace, and
15  he did use a cane for walking. yet today, from
16  time too times, I do. In combination with epidural
17  injections. both appliances have slightly improved his
18  General ability to ambulate. has recieved treatment
19  for the diagnosed conditions, injections over the
20  Periods 22 years, Maricopa County Hospital, at
21  St. Marys Hospital.
22
23       17. The medical condition is cause by the
24  (m.c.s.o) office' unjustified, unlawful actions
25  being slammed against a wall repeatedly. The
26  Neurologic stated. "A person who suffer from
27  the condition, experience, episodes of intense,
28              "1-F"

1   Pain that can last from a few seconds, to several

2   minutes and upto hours. Id.

3   If left untreated[,] [T]he episodes become much

4   more frequent longer, and painful. (eg.,)

5

6       18. To treat this Condition, Plaintiff has

7   Taken: Flexirea, Elavil, for severe back pain,

8   tingling or numbness in the left lower ex-

9   treemity. Cause his [Equilibrium] to go out,

10   and dropp him to his neeses. Can't walk for

11   "days; Sometime's, "Plaintiff has to walk for days'

12   Everyday, to prevent, his body from Lacking-up, Id.

13   Therefore, thereafter he received, while his incarceration

14   at the State Department of incarcerations. He

15   The Plaintiff were given, "standup shot's. Id.,

16

17       19. He, The Plaintiff were taken the following:

18   Toradel 30 mg for Pain, Pheornelgo 25 mg for

19   Pain etc., The medications, help to alleviate the

20   symptoms, "Caused" by his Conditions and Minimize

21   the frequency of the Painful episodes. Id.,

22

23       20. On about June 18th, 2018. Plaintiff

24   Stewart was, released from incarcerations.

25   Too, Pure Hell. "CASS" Ruthless And

26   INHUMAN TREATMENT'S worst then

27   (A.D.O.C) "I'am Society, A member thereof."

28                    1-G.

1    21. Despite Plaintiff through explanation
2  of his medical Conditions and through, "offered"
3    of medical Documentations. from prior
4  Doctor(s) and (epidural or Steroids injections").
5  it appear's they [unilaterally] decided that
6  Stewart was faking, That he Did not Suffer
7  from. (" Disc degenerations, and bulging in
8  L2/3, L3/4, L4/5 and L5/S1 etc.,"
9
10    22. On Dec. 09-2019 Dr. Matthew Doust M.D.
11  Plaintiff received injection - 03-03-2020.
12    Was Currently taking medications, name of Drug.
13  Dose, Route, and Frequency. Tramadol; Route: Oral
14  Gabapentin; Route: oral. DicloFENAC SODIUM 1%
15  TRANSDERMAL GEL (DICLOFENAC SODIUM); Route:
16  TRANSDERMAL. LidocAine.
17
18    23. Despite Plaintiff's through explanation of his
19  Medical Conditions, and need for housing, serious
20  Needs." The "help" was not efforded; The only.
21  Thing, that Plaintiff, was, the Now!
22  [ticket For Housing Assistance.]
23  07-05-2022. it has taken over 4.5 years.
24  to Obtain it. and I received the apt. my-
25  self Far before, the "ticket" Id. came about.
26  e.g., Dropped the "Ball", (4) time, A "sick" person,
27  Released from INcarcerations.
28                    "1-H."

1   24. To be treated, Worst then Prisoner(s).

2  "Ruthless and inhuman" in society. disrespected

3  Because, being A "Man" by Sexes, minded

4  People, "wanting too see, a man go under.

5  Kind-of-Demeanor Id. Common sense at 1950."

6  Id. Most People, does not have the capacity to,

7  understand, and appreciate, themself(s) Continuing-

8  line, "placing the Cart, before the Horse, of the

9  do nothing, "Status Quo".)

10

11   25. On information and belief, their opinions

12  Making Process. without having any Personal Knowledge,

13  ie, Nor examinations. There of, Significant

14  reduction, reducing any Chance of Obtaining,

15  housing to highlying one's ability to move forward...?

16

17   26. Instead, I myself experience, inabilities too.

18  from housing, Help! Plaintiff's own "initiative"

19  Both times 03-12-21. and now. on his own. Id.

20  Let the Record Reflect, 07-05-2022.

21  Plaintiff, was Just a-waiting "Housing Ticket

22  Securing Housing, & work. For The Duration,

23  It's Duration, Said, they were go too, and never did.

24

25   27. The Project 8, it was, or suppost to

26  be there to "help", resolve Homeless in

27  Phoenix, Nowhere, near that "Reduction"??

28          "1-1",

28. Where is the money going? where as, we got homeless people Living in "Hotel's" Contracted, to resolve some of the "homeless" how there is a resolation when, they have pleople staying there, for over 2 years, no Job or nothen, Just not too, Help!".

no income what so ever, Plaintiff was questing Them, about a program, help pleople with a ability income with housing, rather, then then the People with none, programes with training, on, how too Teaching them, how to get off, and stay off the streets".

29. Plaintiff also suffer from a Lung ("Objective") Known as Histoplasmasis, Bacitemira, Pentonsilloc absess, and at time's trouble breathing "He has been Hospitalized, on Some occasions." Id..

30. The amount of time "elaped" 4 years, all Defendant(s) must Answer, for these most maliciauly, and Sadisically treatment(s), of "Society's most Cargo." against "Humanity in a most Ruthless way." Disenfranchisement, (Internal Quotation marks omitted) (Emphasis Added.)

31. Two or more People Act in "Concert"("To Comitt an unlawful Act") The "Defendant(s)" did that, and must "Answer" (Collectively "Defendant(s)).

1-J,

1    32. A Person in that Condition, has no
2    busy, Living on the street(s), under those
3    Conditions, element(s). "With money to Boot."
4    Plaintiff has suffered, "actual injury" under
5    the deprivation clause," being "frustrated" or
6    "impeded." I Thank God, for sparing me, the
7    wisdom, to Litigate, these uncontitutional error(s)
8    of the "do nothen Status Quo. "Right(s), that
9    are guaranteed by the U.S.C.(S). Id.

10

11    33. Never, ever, should a Person, be Subject-
12    ive to, that type of treatment's. Not even
13    Prisoners. That's why, Prisoner(s) Right (s)
14    are incorporated into the U.S.C. Lincoln signed
15    The Ratification, Emanciption Proclamation
16    1865, "But mississippi ratified it, in 1995.
17    "Common Sense at 1950. Id.,
18    (Defendant [S]. Collectively)

19

20    34. Plaintiff, was "accused" on 03-05-21, For:
21    Charge# Violation. 10045462701, 13-1203A1. ASSAULT
22    INTENTIONAL, KNOWING-PHTS, INJ. 12/27-2021,
23    10045462702, 13-1602A1. CRIMINAL DAMAGE L $250
24    -DEFACING ProPER, 02-27-2021. Dismissal an
25    04-27-2021. Without PreJudice. Ass; ARResTing
26    officer shell, Ryan D. NO EVIDENCE. ! "Fraud"
27    Never taken Place. But it Destroyed My life." Id.,)
28    "J-K"

1      35. Pursuant to the Magna Carta not

2 in 1215. all the defendant[s] must be held

3 (Responsibility) Responsibile for the Conduct[s]

4 under the ("umbrella" of Maricopa County. "Id.)

5 To create such a ("Notoriety"). in a Citizen's

6 Right[s], "that are guaranteed by the united"

7 state(s) Constitution(s). ") Not, ARIZONA's Id.

8 But, FEDERAL.

9 (INTERNAL Quotation Marks omitted.

10 AND EMPHASIS Added. Id.,)

11

12        <u>COUNT I</u>

13

14      36. Plaintiff realleges Paragraph 1 to 35.

15 as Paragraph 35 of it's Count 1 as though fully

16 set forth herein.

17

18      37. Defendant and "other et al's" Violated the

19 Sixth, Eighth and Fourteenth Amendment Right(s),

20 That are guaranteed, by the U.S.C.A. Public and

21 Speedy trial, impartial jury. witnesses for and

22 against. Due Process and Equal Protection of the

23 Law. Defendant(s) <u>Cruel and unusual Punishment</u>

24

25      38. To Plaintiff's <u>Serious Medical</u> Need(s)

26 The Defendant(s) Violated those, Proscriptions.

27 against, <u>the united States Constitution</u> s." Id.,

28         "<u>1-1</u>"

1  39. Plaintiff has an "Objectively Serious"
2  Medical Condition Know as: Spinal Stenosis, disc
3  degeneration and Bulging in: L2/3, L3/4, L4.5, and
4  L5/S1, 01-24-12 (MRI) Show's Multilevel
5  degeneration, degenerative diseases with moderate
6  to severe Central Canal Stenosis. Confirmed by
7  The Director Charles L. Ryan, State Department
8  of Corrections Arizona.
9
10  40. Further, the Condition is also very
11  "Objectively Serious" because it cause's Painful
12  episodes of intense facial Pain that is obvious
13  to even a Lay person.
14
15  41. The Defendant[s] also have a "Sufficiently
16  Culpable state of mind," because they knew - or Shou-
17  ld've Known. Common sense at 1950. Id.,
18  of Plaintiff's Conditions, and disregarded it,
19  Let the Record Show, and they disregarded the
20  risk, e.g., risk to his health or Life Id.
21
22  42. Plaintiff is entitled to a Judgment
23  against the Defendant(S), individually, for
24  Compensatory and Punitive damage as a
25  result of the deliberate indifference, they
26  Demostrated toward's him, fail to treat his
27  Serious Medical need's "Housing."
28  1-M,

43. Plaintiff Conditions Prohibitived People from being forced to live under those Bondition s. Deliberate indifference to Plaintiff's Serious medical needs. (Internal quotation marks omitted, Emphasis added).

## COUNT II

44. Plaintiff realleges Paragraph 1 to 43 as Paragraph. 44. of it's Count I as fully set Forth herein.

45. Defendant s. and "other etal," violated The Sixth, Eighth and Fourteenth Amendment Civil Rights to the United States Constitution(s). The Proscription against Cruel and unusual Punishment and other(s). to one's Serious medical needs. "Grossly misconduct, The Due pross Clause."

46. The E.R. of Professional Conduct. The County was "Simply Wrong." for Denying Plaint- iff the right to a Fair and impartial trial, Witness against, Massed-up my "Life on fraud." The Defendant(S). "Perpetrated a Fraud upon the Court(S)." Dismissing the Proceeding, to Allod Speedy Trial, ie., Plaintiff "Object."

" 1-N "

# COUNT III

47. Plaintiff alleges, and realleges Paragraph 1 to 46, as Paragraph 47 of it's Count 1 as though fully set forth herein.

48. Defendants violated the Proseription against the abolishment of slavery. in my (opinion) the thirteenth amendment. u.S.C. I am not a slave to the state of Arizona. Nor, elsewhere. Id.

49. The Fourteenth, Due Process and The Equal Protection of the Law. Fourteenth Amendment to the united states Constitution. these Defendant(s) are not qualified to, by having Presented with such Position as a "Counsel" a Professional, meeting those [abilities].

50. The Defendants know's nothing about the Constitutions, and how they apply to, all of People [matter]. Some people like myself, will object, and making a Contemporaneous Objections (Collectively) to all Defendant(s) Action(s). Throughout this Pleading. (INternal quotation marks, omitted and EMPhasis Added Id.)

"1-0."

1      51. Plaintiff alleges and Realleges

2 Paragraph 1 to 50. as Paragraph 51. of it's Count 1.

3 as though fully set forth here:

4

5      52. Defendant Vernon Lorenz, defense Attorney

6 Violated the six and Fourteenth Rights to Due Process

7 Proscriptions against: the violation of a fair and

8 impartial proceeding. "Against Fraud" knowingly.

9 That Dismissal, was a miscarriage of Justice.

10 was "Simple wrong = Counsel's Misconduct of

11 Justice. Counsel's, for not "Objection." Plaintiff.

12 filed motion, making a Contemporaneous objections."

13 Id., of the Predicate, of the Claim e.g.,

14

15      52. Defendant's ("ADOT") etal.,

16 Violated the Proscription of the "Eight" and

17 Fourteenth amendment. U.S.C. shall not be

18  Deprived: Life, Liberty or Property." Id

19 Privileges has been unConstitutional taken.

20

21      53. Defendant(s) ("D.M.V." [Pennsylvania.

22 King of Prussa, PA.] etal; Violated the

23 Proscription of the Eight and Fourteenth Amend.

24 " Shall not be Deprived: Life, Liberty or Property"

25 without Due Process of Law. those

26 Privileges has been taken away!

27 being Frustated and or impeded." e.g.,

28                      1-P,

54. The Defendant(s) ("Tanner Terrace.")
etal., violated the Proscription of the Eighth
and Fourteenth amendment. by displaying Cruel
and unuseal punishingment. dismissing
plaintiff Apartment one day one, without
moving after approveal, on 03-12-21, Due
to the "Fruid" Charges by "Irene", Plaintiff
waited almost 9 months, for approvel.

55. The Prosecutor dismissed, on-04-27-21.
Dismiss without Prejudice all Charges. mass-up. Plaintiff's
Lie no apartment, massed-up, his Business, everything
gone. I. Plaintiff, just Received an apartment,
on 07-05-22, I Thank God, "for his wisdom
Bless-it-be. The Defendant(s) violated Due Process.
"Place the Cart, before the Horse."
56. Defendant(s) JusT-a-Center Rudy and
"Wendy" etal., violated the Proscription. of the
Eighth and Fourteenth Amendment Right(S)
Civil Right. by displaying, Crual and unuseal
Punishment's, and Equal Protection of the
Law, Because, "you have money, unlike everyone
else, that, he need to get an Apartment."

57. was Of no such Availability for
offender(s), Common Sense, at 1950. Id,
after all, They were wrong, for everything. Id,
"1-Q.,"

1    58. Defendant(s) Maricopa County
2    Victims Service Div. etal, violated the
3    Proscription of the Fourteenth amendment
4    U.S.C. of the Due Process "Clause"
5    Failing to adhere to the Court's "Order."
6    The award for $4,000.00 to $5,000.00, +
7    $1,000.00, Value, belonging which were dest-
8    royed as a result of the fire, Set by
9    State vs. John Gopher, CR.2018/54853-001
10   Restitution. "Can I Please, Get That."?
11   Of October 04, 2018 "on about" [?]
12   (INTernal Quotation marks and Emphasis added)
13          INTernal "Pervausive Misconduct,"
14          Herein, Throughout, Id.
15
16   WHEREFORE, I Plaintiff THOMAS STEWART, Jr.,
17   Respectfully requests' That, this Honorable.
18   Court, The grate Institution of the administ-
19   ration of Justice, "Jurisprudence."
20   This is a Case of "Sufficient Constitutional
21   magnitude, so egregious] our Constitution s,
22   are elapsing around us. The Defendant(s),
23   must answer accordingly. and this Court's
24   Wisdom determine, Judgement(s) is in his
25   favor against, The Defendant(s) for Compensatory
26   and Puntive Damages. This Court, deems.
27   Just. Id.
28                    " 1-R, "

1  Executed this 28, December 2022,

2

3

4

5

6

7  By. Thomas Stewart, Jr.,

8  THOMAS STEWART, Jr.,

9  COUNSEL, IN PRO SE,

10

11  POST OFFICE BOX 1201

12  PHOENIX, ARIZONA 85001-1201

13

14  " PLAINTIFF, "

15

16  FARETTA V CALIFORNIA.

17

18

19

20

21

22

23

24

25

26

27

28  " 1-S "

## B.  DEFENDANTS

1.  Name of first Defendant: *Maricopa County Phx, etal.*.  The first Defendant is employed
as: *Director of Surround Citys towns.* at *City of Phoenix, etat.*
       (Position and Title)                            (Institution) *none N/A*

2.  Name of second Defendant: *Phoenix Police Dpt.*.  The second Defendant is employed as:
as: *Phoenix P.D. Shell Ryan #09838 etat.,* at *City of Phhenix P.D.*
       (Position and Title)                            (Institution) *none N/A*

3.  Name of third Defendant: *IRene Hillard*.  The third Defendant is employed
as: *Homeless, none* at *"None"*
          (Position and Title)                          (Institution) *none, N/A*

4.  Name of fourth Defendant: *Jere Jackson, Co.defendant* The fourth Defendant is employed
as: *None* at *None*
          (Position and Title)                         (Institution) *No.ne, N/A*

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?  ☑ Yes  ☐ No

2.  If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

   a.  First prior lawsuit:
      1.  Parties: *See 2A, 2-B,* v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _____

   b.  Second prior lawsuit:
      1.  Parties: *See "2-B,"* v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _____

   c.  Third prior lawsuit:
      1.  Parties: *See "2-B,"* v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

1  <u>DEFENDANT(S) CONTINUING</u>

2  <u>DEFENDANT(S)</u>

3  (5). Name. T. Reyes, 16375. etal. work at.

4  Arizona, State Police, Dept.   [?]

5  (6). Name Phoenix Oasis Re-entry Service, -

6  Anthony Pfeffer, Director

7  (7). The Conyon Apartment's etal.

8  (8) Maricopa County Phoenix, Homeless Shelter (CASS)

9  <u>Lisa Glow, Director, Cristine Gardyer, Human Services)</u>

10 <u>Campus, Jane Doe, and, Jane Doe) CCBI etal.,</u>

11 (9). name Vernon Lorenz, <u>Contract Defense attorney.</u>

12 (10). name ("ADOT) Arizona Motor-Vehicle Div.

13 <u>Phoenix</u>

14 (11). name, ("D.M.V") Pennsylvania, King of Prussia, etal.,

15 (12). name, ("Tanner Terrace") Apartment etal.,

16 (13). name. ("Just-A-Center") Rudy, & wendy  etal.,

17 (14). name ("Maricopa County Victim Service Div. etal.,

18 <u>Collectively)  "Defendant[S].</u>

19

20

21

22

23

24

25

26

27

28                              "2-A,"

APPEAL,CASREF,CLOSED,DTE

## U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:16-cv-00590-JAT--DMF
### Internal Use Only

Stewart v. Booth et al
Assigned to: Senior Judge James A Teilborg
Referred to: Magistrate Judge Deborah M Fine (PS)
Related Cases: 2:03-cv-00449-DGC
              2:03-cv-00528-EHC
              2:03-cv-01564-EHC--LOA
              2:03-cv-02549-EHC--LOA
              2:09-cv-02193-RCB
              2:12-cv-00719-SMM
              2:12-cv-01163-RCB--LOA
Case in other court: Ninth Circuit, 16-16431
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 03/02/2016
Date Terminated: 05/13/2016
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

**Plaintiff**

**Thomas Stewart, Jr.**

          represented by **Thomas Stewart, Jr.**
                              # 184733
                              SAN LUIS-AZ-YUMA-ASPC-DAKOTA
                              DAKOTA UNIT
                              P.O. BOX 8909
                              SAN LUIS, AZ 85349
                              PRO SE

V.

**Defendant**

**Derek Booth**
*named as Sgt. Derek Booth*

**Defendant**

**Unknown Shoemaker**
*named as Nurse Shoemaker*

**Defendant**

**Charles L Ryan**

**Defendant**

**Corizon Health**

**Defendant**

**Madeline Lowell**

" 2-B "

-10-

2/2/2017

## D.  CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: 6th, 8th, 13th and The 14th Amendment to the United State that are guaranteed

2.   **Count I.**   Identify the issue involved.   Check **only one.**   State additional issues in separate counts.
- ☒ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☒ Retaliation
- ☐ Excessive force by an officer
- ☒ Threat to safety
- ☐ Other: _____

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

Maricopa County Attorney office per the Phoenix police officer from the offenses accuse' said, to have been comitted against her" that never happen "Fraud" Fraud Comitted, in the Courts Id. by "Irene Hillard, & Jere Jackson." Dismissal of the Prosecution, Prior to trial, & avied speedy trial, violated Due Process, with out a set trail Right to Confronk his accusers, lost of everything, his Apartment, to "pick-up keys move-in approved on 03-12-21 Denied. Due to those charges Fraud, "No one did their (% Job®")." Plaintiff became homeless again from 03-12-21 — 07-05-22. Prior to 07-05-22, under went, Pure wide-spread of "evil" & Continueing Fraud were Comitte against Plaintiff to Prevent Housing. Plaintiff was told, by his Navigator, What has Transpired on 08-03-22. "Fraud." no one & has done anything. Fraud has had A Domino effect on my life more and more, by women, then anything on this earth. For no reason at all, I am a (ADA) Person. spent 5 years, in a wheel Chair, the Apt. I was to move-in was Just what Plaintiff need to get ahead. Pro-Ject 8 Comitted "Fraud "so Plaintiff didnt Receive, that Juste a Needed Apt with A Job too "Boot."

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

lost of everything, Company Vehicles, Truck, Van. etc.. Money, housing, Liberty, Clients, Everything. Deliberate indifference, to my serious medical needs. Wheel Chair;

5.   **Administrative Remedies:** N/A
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? N/A ☐ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Count I? N/A ☐ Yes   ☐ No
   c.   Did you appeal your request for relief on Count I to the highest level? N/A ☐ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

1    INjury.      COUNT I.
2       in and out.
3       (1). This erea, is Close to the things wish to do, in
4    his, it's a shame, Starting all over again again, and again,
5    when does it stop ?    "Fraud"

6
7       (2). even went to the County, For Plaintiff to obtain
8    Insurance. to Do the work here, never has anyone else
9    had to Do such.!

10
11      (3) out of 39 years of Sirvice, Servicing the
12   Community Valy-wide, including the owner(s) of
13   these Properties, Id.

14
15      (4) loosing the apartment + the Job. ! "Evil"
16   Just trying to maintain...and they knocked me
17   off my feet. opportunities, like such, don't come
18   everyday. they Slapped it, Right. out of my hand(s) Id.
19       the people were angry, and Reintivated another
20   apartment in which, I "Reside in now.!"
21   and then, the resented me so bad until, the Called
22   maricopa County, to make me obtain Insurance ?
23   to deminish my success. all women, an act,
24   of Disenfranchisement, of that "Clause" Id.
25   Toward's Mentsl, i.e., Must Answer!
26       Just want too, take care of Myself. Id.
27   Was a Lie then, and it's a Lie Now Fraud.
28       "3-A,"

## COUNT II

1. State the constitutional or other federal civil right that was violated: 6th, 8th, 13th and 11th Amendment U.S.C. that are guaranteed.

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: ___

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The Defendant(s) Counsel's misconduct, violated the 14th, 8th Amend Counsel's conduct, was unethical. Knowing those Changes Fraud, did not "object," to the dismissal without Prejudice, when I, opase, from the Court Room, was misconduct, without Contacting his Claint, The State had no case, I, Lost everything, No one did their Job's, Contract Lawers (1) ("ADOT") & ("DMV") Pennsylvania King of Prussa, PA, fail to communicate with one another On Supend Licen, when Plaintiff has not been in Pennsylvania & have not been there, in 40 years, check Records in   D.O.B. No one did anything, why cant People, Just, do their Job? Records onsore, likely, I was in Phoenix, I do not owne a Vehicle in Pennsylvania, I've been in Phoenix 08-06-1982. - 12-22 I've lived no where else. Un-Lawful, suspension-License, Ida, People dont understand the injuries they Causes us, So many are blind to the Law, "taken Clause" has been activated, "Clause" and "Cause"

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Lost, Business, apartment, Money, vehicles, "Frustrated, Impeded Is this, how we treat our Citizens? we're been treated worst then Prisoner(s) Id.,

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   N/A ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   N/A ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   N/A ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ___

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _8th, 14th Amend._
_U.S.C. Amendments_

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
- ☒ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☒ Retaliation
- ☐ Excessive force by an officer
- ☒ Threat to safety
- ☒ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_(The Defendant(s) violated Due Process 14th amendment, 8th Amendment Cruel and unusual Punishment, denied the right to move in, when it was appraved. Due to a, then, Pending civil Charge. I told them I did committed those crimes "No" on 12-12-21, on 04-27-21, the stated Dismissed, there went my Apt. I waited 9 months, for out on the streets again, very much "Crawl"ed_

_Just-A-Center. Rudy & Windy. They kicked me out of the Progame, for the elder(s). because, they throught, O I had mony. I didn't have, and for not having Housing. Isent that the reason for a Be the Just-A-Center ?? I Lost my Iran my home the same day, Feb.16, 2021. I Lost everything. Put me on the ground, literally. "I thank "GOD." I had, "A tent", in my storage._

_Maricopa County Victim service Div. for fail to Release the award by the Superior Court, $4000 to $5,000 $$ + I [in the Case against, State v. Gopher. ARSON. Lost everything. For Restitution Award. Must ANSWER._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_failing to Do their "Jobs" I've Lost everything, thant's To the Defendant(s) I've Lost $.A.$.$. ProLong, Pushed Back, Resentment(s)"_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   N/A   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   N/A   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   - N/A   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _None Prisoner_

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff has an Objective Serious medical Condition Known as "Spineal Severe Spineal Stenosis and multilevel degenerative disease with no relief in Sight which has been diagnosed both prior to and following Plaintiff's incarceration in 2002.

WHereFORE, Plaintiff, respectfully requests this Court enter a Judgment in his favor and against Defendants for Compensatory and Punitive damages, and award any further relief as the Court deem Just.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Dec. 28, 2022_
　　　　　　　　DATE

_Thomas Stewart, Jr.,_
　　　　　SIGNATURE OF PLAINTIFF

_Self  Pro Se,_
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_Pro se attorney_
(Signature of attorney, if any)
_Thomas Stewart, Jr.,_

_Post office Box 1201 Phoenix_
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

<u>CERTIFICATION IN Compliance with LRCiv ARIZONA'S Local Federal Rue</u>

<u>Certificate of Service   5.0</u>

<u>I Certify I delevered original tone to the Clerk of court.</u>
<u>on this 29th day of December 2022. to :</u>

<u>Clerk of the united States District Court of Arizona.</u>
Sandra OCorner &U.S. Courthoase Suite 130
401 West Washington Street SPC. 10
Phoenix, AZ. 86003-2119

<u>Certificate of Service 5.0</u>
United States Senior Judge James A. Teilborg

U.S. Courthouse, Suite 130
401 West Washington street SPC. 10
Phoenix. AZ, 85003-2119

Thomas Stewart Or Prose,
P.O. BOX 1201
Phoenix, AZ  85001-1201